IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of: | Case No. 14-09330 MCF |
| DAISY A. LEBRON MARTINEZ | Chapter 13 |
| Debtor | |

MOTION FOR WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE COURT:

COMES NOW creditor BANCO POPULAR DE PUERTO RICO, and very respectfully informs that it is withdrawing from the Claims Register its claim No. 1 filed on November 25, 2014.

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: ROBERTO FIGUEROA CARRASQUILLO, ESQ., Attorney for debtor and to JOSE R. CARRION MORALES, Chapter 13 Trustee.

Respectfully submitted in San Juan, Puerto Rico, this 5th day of January, 2015.

/s/VERONICA DURAN CASTILLO
USDC- PR 224413
Attorney for Banco Popular de Puerto Rico
Consumer Bankruptcy Department
PO Box 366818
San Juan, Puerto Rico 00936-6818
Tel. (787) 753-7849, Fax. (787) 751-7827
Email: vduran@bppr.com